**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**CHARLES BOWLING,**

**Plaintiff,**

**v.**

**EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,**

**Defendants.**

**Civil Action 2:26-cv-891**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

Plaintiff reported on August 27, 2026, that he has reached a settlement in principle with Defendant Security Credit Services, LLC. Plaintiff is **ORDERED** to file a written **REPORT** detailing the status of the settlement with Security Credit Services, LLC, **ON OR BEFORE SEPTEMBER 28, 2026**, unless Plaintiff has filed a motion to drop a party in accordance with Federal Rule of Civil Procedure 21 in the interim.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE